**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE UNDER POOLING
AND SERVICING AGREEMENT DATED AS OF
JANUARY 1, 2006 MORGAN STANLEY ABS
CAPITAL I INC. TRUST 2006-NC1

                PLAINTIFF        CASE NUMBER: 1:11-cv-7719

                VS.                    DISTRICT JUDGE: Amy J. St. Eve

EDWARD GROSSMAN, AS SPECIAL
REPRESENTATIVE FOR THE ESTATE OF
LAMUEL JACKSON, PEOPLES GAS LIGHT
AND COKE CO, RUSH PRESBYTERIAN ST.
LUKE`S MEDICAL CENTER,

                DEFENDANT(S).

**MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE**

      Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

      Dated: February 28, 2012

                                                      Respectfully submitted,

                                                      __/s/ James N. Pappas_____
                                                      One of Plaintiff's Attorneys

James N. Pappas  # 6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St., Ste. 2200
Chicago, IL 60606
(219) 769-1313